IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRADLEY L. BEARHEART,

    Petitioner,

v.

MICHAEL DITTMANN, Warden,
Columbia Correctional Institution,

    Respondent.

ORDER

14-cv-603-wmc

---

Petitioner Bradley L. Bearheart filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state court conviction in Baron County Case No. 2011CF6. Sadly, the court has been notified by the state that Bearheart died on December 28, 2016. (Dkt. #36.) Because Bearheart's claim has been extinguished by his death, the court is DISMISSING his habeas petition as moot. Accordingly, the clerk of court shall close this case.

Entered this 6th day of January, 2017.

BY THE COURT:

/s/ WILLIAM M. CONLEY
District Judge